RICHARD SEGERBLOM, ESQ.
Nevada Bar No. 1010
602 S. 10th Street
Las Vegas, Nevada 89101
Tel: (702) 388-9600
Fax: (702) 385-2909
rsegerblom@lvcoxmail.com
Attorney for Plaintiff

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF NEVADA

ROSALIE SCLAFANI,  )
       Plaintiff,  )
)
vs.  )   Case No. 2:21-cv-00711-GMN-NJK
)
MGM GRAND HOTEL, LLC,  )
)
       Defendant.  )
)
)
)
)

### STIPULATION AND ORDER TO EXTEND THE TIME IN WHICH PLAINTIFF MAY RESPOND TO DEFENDANT'S MOTION TO DISMISS
### (First Request)

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto through their respective counsel of record, that Plaintiff shall have an extension of time up to and including August 24th, 2021, within which to respond to Defendant's Motion to Dismiss which was filed on July 27, 2021, and the Plaintiff's response was due on August 10, 2021.

This request is necessary because Plaintiff's counsel serves as an elected county commissioner in addition to being a sole practitioner and thus he has do much of his legal work during the weekend.  Plaintiff's counsel's son was married on Saturday, August 7, and due to the events preceding the wedding as well as the

wedding itself he was unable to work researching and writing an opposition to the Defendant's motion during the weekend of August 7 and 8.

This is the first request for an extension of time.

Dated this 12th day of August, 2021.

                                             RICHARD SEGERBLOM, ESQ.
                                             602 S. 10th Street
                                             Las Vegas, Nevada 89101
                                             Attorney for Plaintiff

**IT IS HEREBY STIPULATED AND AGREED**,.

DATED this 12th day of August , 2021.

| Richard Segerblom, Ltd. | MGM RESORTS INTERNATIONAL |
|---|---|
| /s/ Richard Segerblom<br>RICHARD SEGERBLOM, ESQ.<br>602 S. 10th Street<br>Las Vegas, Nevada 89101<br><br>Attorney for Plaintiff | /s/ Kelly R. Kichline<br>KELLY R. KICHLINE, ESQ.<br>MGM RESORTS INTERNATIONAL<br>6385 S. Rainbow, Ste. 500<br>Las Vegas, Nevada   89118<br>Attorney for Defendant |

IT IS SO ORDERED.

Dated this 18 day of August, 2021.

                                             Gloria M. Navarro, District Judge
                                             United States District Court