Kelly R. Kichline, NV Bar # 10642
MGM RESORTS INTERNATIONAL
6385 S. Rainbow Blvd., Suite 500
Las Vegas, NV 89118
Telephone: (702) 692-5651
Fax No.:    (702) 669-4501
Email:   kkichline@mgmresorts.com

*Attorney for Defendant,*
*MGM Grand Hotel, LLC*

# THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| ROSALIE SCALAFANI, | **CASE NO.: 2:21-cv-00711-GMN-NJK** |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| MGM GRAND HOTEL, LLC, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties herein, through their respective counsel that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all claims and all parties herein are hereby dismissed with prejudice.

///

///

///

1

Each party will bear her or its own costs. All parties appearing have signed this stipulation, and there are no remaining claims or parties.

| | |
|---|---|
| DATED this 2nd day of October, 2021. | DATED this 2nd day of October, 2021 |
| LAW OFFICE OF RICHARD SEGERBLOM | MGM RESORTS INTERNATIONAL |
| /s/Richard Segerblom | /s/Kelly R. Kichline |
| Richard Segerblom, Esq. | Kelly R. Kichline, Esq. |
| Nevada Bar No.: 1010 | Nevada Bar No.: 10642 |
| 701 E. Bridger Ave., Ste 520 | 6385 S. Rainbow Boulevard, Suite 500 |
| Las Vegas, NV 89101 | Las Vegas, NV 89118 |
| Attorney for Plaintiff | Attorney for Defendant |
| *Rosalie Sclafani* | *MGM Grand Hotel, LLC* |

**IT IS SO ORDERED.**

Dated this __5__ day of October, 2021.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT